UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:14-CIV-24583-COOKE/TORRES

LARRY GILMORE,
individually and on behalf of a class
of similarly situated individuals,

    Plaintiff,

v.

MIAMI BEACH HEALTHCARE GROUP, LTD.
d/b/a AVENTURA HOSPITAL AND MEDICAL CENTER
a Florida Limited Partnership,
HCA HOLDINGS, INC.,
a Delaware corporation, and
EMCARE, INC.,
a Delaware corporation,

    Defendants.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF
TIME TO CONDUCT RULE 26 CONFERENCE, MAKE RULE 26(A)(2)
DISCLOSURES, AND TO COMPLETE DISCOVERY**

Under to S.D. Fla. Loc. R. 16.1 and Fed. R. Civ. P. 6, Plaintiffs, by and through their undersigned counsel, move for an order granting an 30-day extension of time to conduct a Rule 26(f) conference and to file a joint report; to engage in Rule 26(a)(2) Disclosures; and to complete discovery in this case; and in support state:

    1.    On December 23, 2014, the Court entered its "Order Requiring Counsel to Meet and File Joint Scheduling Report and Proposed Order" [DE 5] requiring (among other things) counsel of record and any unrepresented parties to confer within 45 days from the date of the order, pursuant to local rule 16.1(b)(2), and file a joint report addressing scheduling, discovery, and disclosures.

2. However, on February 9, 2015, the court granted Plaintiff leave to file Amended Class Action Complaint as well as extension of time for the Defendants to respond to the Amended Class Action Complaint.

3. Given that the First Amended Complaint has yet to be filed, good cause exists to extend the time to conduct a Rule 26(f) conference; to engage in Rule 26(a)(2) Disclosures; and to complete discovery in this case. An extension of time of would allow the conference and various matters to be discussed to be handled more efficiently and comprehensively and prevent having to conduct multiple conferences on a piecemeal basis. The same holds true for expert disclosures and discovery.

4. When an act may or must be done within a specified time, the court may, for good cause, extend the time…" Fed. R. Civ. P. 6(b)(1). "[A]n application under Rule 6(b)(1) normally will be granted in the absence of bad faith or prejudice to the adverse party." C. Wright & A. Miller, Federal Practice & Procedure § 1165 (1987).

5. This motion is not filed in bad faith or for the purpose of delay and the relief requested will prejudice no party.

6. In accordance with S.D. Fla. Loc. R. 16.1, Plaintiffs' counsel has consulted with counsel for the Defendant Miami Beach Healthcare Group, Ltd. d/b/a Aventura Hospital and Medical Center, counsel for Defendant HCA Holdings, Inc., and counsel for Defendant EmCare, Inc., and they do not oppose the extension and the relief requested in this motion.

WHEREFORE Plaintiffs respectfully request a 30 day extension of time to conduct a Rule 26(f) conference and to file a joint report; to engage in Rule 26(a)(2) Disclosures; and to complete discovery in this case and request such other and further relief as the Court deems just and proper.

Dated:  February 11, 2015	Respectfully submitted,

*/s/ Steven R. Jaffe*
Steven R. Jaffe (Fla. Bar No. 390770)
E-mail: steve@pathtojustice.com
Mark S. Fistos (Fla. Bar No. 909191)
E-mail: mark@pathtojustice.com
Seth M. Lehrman (Fla. Bar No. 132896)
E-mail: seth@pathtojustice.com
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
Telephone:  (954) 524-2820
Facsimile:  (954) 524-2822

By: */s/ Scott D. Owens*
Scott D. Owens (Fla. Bar No. 597651)
E-mail: scott@scottdowens.com
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Suite 235
Hollywood, Florida 33019
Telephone: (954) 589-0588
Facsimile: (954) 337-0666

By: /s/ Bret L. Lusskin, Esq.
Bret L. Lusskin (Fla. Bar No. 28069)
E-mail: blusskin@lusskinlaw.com
BRET LUSSKIN, P.A.
20803 Biscayne Blvd., Ste 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844

*Attorneys for Plaintiff
and the putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on February 11, 2015, and will be served on all counsel of record listed below through the ECF system.

*/s/ Steven R. Jaffe*
Steven R. Jaffe

## SERVICE LIST
*Gilmore v. Miami Beach Healthcare Group, LTD. et al*
**CASE NO. 1:14-cv-24583-MGC**
**United States District Court, Southern District of Florida**

Walter J. Tache (Fla. Bar No. 28850)
wtache@cfjblaw.com (Primary)
bwithers@cfjblaw.com (Secondary)
miaecf@cfdom.net (Secondary)
CARLTON FIELDS JORDEN BURT, P.A.
100 SE Second Street, Suite 4200
Miami, FL 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
*Counsel for Miami Beach Healthcare Group, Ltd.*
*d/b/a Aventura Hospital and Medical Center*

Edward M Waller, Jr. (Fla. Bar No. 106341)
edward.wallerabipc.com
John Emmanuel (Fla. Bar No. 475572)
john.emmanuel@bipc.com
BUCHANAN INGERSOLL & ROONEY P.C.
501 E. Kennedy Boulevard, Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
*Counsel for HCA Holdings, Inc.*

Edmund T. Henry, III (Fla. Bar No. 206008)
ehenry@shutts-law.com
SHUTTS & BOWEN LLP
201 S. Biscayne Boulevard
1500 Miami Center
Miami, Florida 33131
Telephone: (305) 358-6300 Telephone
Facsimile: (305) 381-9982 Facsimile
*Attorneys for Defendant EmCare, Inc.*