UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:14-CIV-24583-COOKE/TORRES

LARRY GILMORE, individually
and on behalf of a class of similarly
situated individuals,

      Plaintiff,

v.

MIAMI BEACH HEALTHCARE GROUP, LTD.
d/b/a AVENTURA HOSPITAL AND MEDICAL
CENTER, a Florida Limited Partnership, and
HCA-EMCARE HOLDINGS, LLC d/b/a
VALESCO VENTURES, a Delaware Corporation,

      Defendants.
_____/

### *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

      Plaintiff, Larry Gilmore, by and through the undersigned counsel, hereby moves the Court for an order pursuant to Federal Rule of Civil Procedure 6 and Southern District of Florida Local Rule 7.1 granting Plaintiff an extension of time to respond to Defendants' Motion to Dismiss the Amended Complaint [ECF No. 44], and in support states:

      1.    On December 3, 2014, Plaintiff Larry Gilmore filed this action in the Southern District of Florida.

      2.    On February 18, 2015, Kellie Lynn Case filed a similar action in the Southern District of Florida through CASE: 1:15-cv-20683.

      3.    Upon realization of the similarities between the aforementioned actions filed in the Southern District of Florida, counsel for Plaintiffs in both cases reached an agreement this past

1

week to combine actions and proceed together in one consolidated action against Defendants. This Gilmore case will serve as the consolidated action.

4.  Defendants' filed their Motion to Dismiss [ECF No. 44] on March 23, 2015. Plaintiff's response is accordingly due on April 9, 2015.

5.  An order granting an extension of time to respond to Defendants' Motion to Dismiss will permit time for drafting a response to the pending Motion to Dismiss and/or seeking leave to file a Second Amended Complaint combining both matters, will not prejudice any of the parties in this case, and is not requested for an improper purpose.

6.  Consequently, good cause exists for this timely Motion for Extension of Time to Respond to Defendants' Motion to Dismiss by way of an amended complaint or otherwise as relief is intended to maximize judicial efficiency and economy and not for purposes of delay. It makes good sense for any motion to dismiss be directed to a single complaint incorporating all plaintiffs and related issues.

WHEREFORE, Plaintiff Larry Gilmore makes the unopposed request for entry of an order granting Plaintiff an extension of time to respond to Defendants' Motion to Dismiss and/or seeking leave to file a Second Amended Complaint combining this case with CASE: 1:15-cv-20683 on or before April 20, 2015.

## L.R. 7.1(a)(3) CERTIFICATION

In accordance with Local Rule 7.1(a)(3), I certify that on April 7, 2015, Plaintiff's counsel Steven R. Jaffe conferred with counsel for Defendants regarding the relief sought in this motion. Defendants do not object.

Dated:  April 7, 2015                                  Respectfully submitted,

*/s/ Steven R. Jaffe*
Steven R. Jaffe (Fla. Bar No. 390770)
E-mail: steve@pathtojustice.com
Mark S. Fistos (Fla. Bar No. 909191)
E-mail: mark@pathtojustice.com
Seth Lehrman (Fla. Bar No. 132896)
E-mail: seth@pathtojustice.com
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
Telephone:  (954) 524-2820
Facsimile:  (954) 524-2822

By: */s/ Scott D. Owens*
Scott D. Owens (Fla. Bar No. 597651)
E-mail: scott@scottdowens.com
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Suite 235
Hollywood, Florida 33019
Telephone: (954) 589-0588
Facsimile: (954) 337-0666

By: /s/ Bret L. Lusskin, Esq.
Bret L. Lusskin (Fla. Bar No. 28069)
E-mail: blusskin@lusskinlaw.com
BRET LUSSKIN, P.A.
20803 Biscayne Blvd., Ste 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844

*Attorneys for Plaintiff
and the Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on April 7, 2015, and will be served on all counsel of record listed below through the ECF system.

*/s/ Steven R. Jaffe*
Steven R. Jaffe

3

## SERVICE LIST
*Gilmore v. Miami Beach Healthcare Group, LTD. et al*
CASE NO. 1:14-cv-24583-MGC
**United States District Court, Southern District of Florida**

Walter J. Tache (Fla. Bar No. 28850)
wtache@cfjblaw.com; (Primary)
bwithers@cfjblaw.com; miaecf@cfdom.net (Secondary)
Gavrila A. Brotz (Fla. Bar No. 034594)
GBrotz@cfjblaw.com (primary)
Irma T. Solares (Fla. Bar No. 797073)
ISolares@cfjblaw.com (primary)
CARLTON FIELDS JORDEN BURT, P.A.
100 SE Second Street, Suite 4200
Miami, FL 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
*Counsel for Miami Beach Healthcare Group, Ltd.*
*d/b/a Aventura Hospital and Medical Center*

Freddy R. Funes (Fla. Bar No. 87932)
E-mail: ffunes@gsgpa.com
Adam M. Schachter (Fla Bar No. 647101)
E-mail: aschachter@gsgpa.com
Daniel S. Gelber (Fla. Bar No. 512877)
E-mail: dgelber@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131-3426
Telephone: (305) 728-0950
Facsimile (305) 728-0951
*Counsel for HCA-EmCare Holdings, LLC*
*d/b/a Valesco Ventures*